UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL BERNARDO BAILON,<br><br>　　　　　　　　　　　　Plaintiff,<br>vs.<br><br>AACH HOLDING CO., No. 2, LLC, et al.,<br><br>　　　　　　　　　　　　Defendants. | CASE NO. 10cv1654-H (NLS)<br><br>**ORDER DENYING EX PARTE APPLICATION FOR AN ORDER DIRECTING THE ISSUANCE OF A TEMPORARY VISA**<br><br>[Doc. No. 56.] |

On March 14, 2012, Plaintiff filed an *ex parte* motion in this action.  (Dkt. No. 56.)  He is seeking an Order from this Court "directing the U.S. Department of State and the Department of Homeland Security to issue a temporary, nonimmigrant visa to Plaintiff for 90 days." *Id.* at 7.[1]  He asserts this visa is necessary to complete his medical treatment and to complete this action. *Id.* at 6. Defendants oppose the motion.  (Dkt. No. 57.)

Plaintiff cites no authority to suggest that this Court has the jurisdiction to compel the issuance of a visa to a foreign national.  It is well-settled that a consul's decision to grant or deny a visa is not subject to judicial review, except under very limited circumstances which are not present here. *See Li Hing of Hong Kong, Inc. v. Levin,* 800 F.2d 970 (9th Cir. 1986); *Ventura-Escamilla v. INS,* 647 F.2d 28 (9th Cir. 1981).

///

---

[1] Citations to Plaintiff's motion refer to the internal page numbers of the document.

     **ACCORDINGLY**, Plaintiff's motion for this Court to direct the issuance of a visa is hereby **DENIED**.

**IT IS SO ORDERED**.

DATED: March 22, 2012

Hon. Nita L. Stormes
U.S. Magistrate Judge
United States District Court